**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JACQUES P. DUPUIS, | ) | No. CV 08-6239-VBF(CW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JUDGE JARED P. MOSES, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: <u>March 23, 2009</u>

_____
VALERIE BAKER FAIRBANK
United States District Judge